OPINION — AG — ** DEPOSITION — SUBPOENA POWERS ** (1) BOTH CERTIFIED SHORTHAND REPORTERS UNDER THE PROVISIONS OF 20 O.S. 1508 [20-1508], AND COURT CLERKS, PURSUANT TO 12 O.S. 386 [12-386], HAVE THE AUTHORITY TO SUBPOENA WITNESSES FOR DEPOSITIONS UNDER THE PROVISIONS OF 12 O.S. 3207 [12-3207] (2) NOTARIES PUBLIC DO 'NOT' HAVE THE AUTHORITY UNDER THE PROVISIONS OF EITHER 20 O.S. 1508 [20-1508] OR 49 O.S. 6 [49-6], TO ISSUE SUBPOENAS TO WITNESSES FOR DEPOSITIONS CONDUCTED PURSUANT TO 12 O.S. 3207 [12-3207] (NOTARY PUBLIC, DISCOVERY CODE, CIVIL PROCEDURE, SHORTHAND REPORTERS, CERTIFICATION, ADMINISTER OATH) CITE: 49 O.S. 6 [49-6], 20 O.S. 1508 [20-1508], 12 O.S. 3201 [12-3201], 12 O.S. 386 [12-386], 12 O.S. 388 [12-388] (HOUSE BILL NO. 1912) (SUSAN BRIMER AGOSTA)